```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

B.M., as Administratrix of the Estate of Her Sister Z.O.,

                Plaintiff,

-against-

ELIZABETH GONZALEZ, SHIRLEY WASHINGTON, PURITY MABODOKO, CHRISTINE BARNETT, NIESHA JOHNSON, BERNICIA SOGBESAN, CAROL CARD, ANGELINE NEELY, TORRAINE BAYNES, RAVEN ELLIS, ANGELA MARTIN, SHEMAIAH HARGROVE, NIESHA WHITE, KRISTAL DIXON, VANESSA WOODS, OLUEBERE NWOKOCHA, AVRIL BROWN, and DAVID ROTCHFORD,

                Defendants.

------------------------------------------------------------- X

22-CV-2658 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 3, 2023, the parties appeared by teleconference to discuss a discovery dispute regarding the applicability of the parties' protective order as to employee disciplinary records.

IT IS HEREBY ORDERED that, as discussed during the conference, Plaintiff's letter-motion to treat employee disciplinary records as non-confidential is due by no later than **Friday, January 6, 2023**; Defendants' response is due **Wednesday, January 11, 2023**. Both submissions must be no more than **three pages** in length.

SO ORDERED.

Date: January 3, 2023
      New York, New York

                                                          *Valerie Caproni*
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**