```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
B.M., as Administratrix of the Estate of Her Sister   :
Z.O.,                                                 :
                             Plaintiff,   :
              -against-                          :
                                                      :   22-CV-2658 (VEC)
ELIZABETH GONZALEZ, SHIRLEY                           :
WASHINGTON, PURITY MABODOKO,                          :      ORDER
CHRISTINE BARNETT, NIESHA JOHNSON,                    :
BERNICIA SOGBESAN, CAROL CARD,                        :
ANGELINE NEELY, TORRAINE BAYNES,                      :
RAVEN ELLIS, ANGELA MARTIN,                           :
SHEMAIAH HARGROVE, NIESHA WHITE,                      :
KRISTAL DIXON, VANESSA WOODS,                         :
OLUEBERE NWOKOCHA, AVRIL BROWN,                       :
and DAVID ROTCHFORD,                                  :
                            Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2023, the parties appeared by teleconference to discuss a discovery dispute regarding the scope of Plaintiff's request for records of prior similar incidents.

IT IS HEREBY ORDERED that Defendants must produce records of prior similar incidents that involved residents on the third floor for the two year-period preceding the hospitalization of Plaintiff in October 2019.

**SO ORDERED.**

**Date:  July 10, 2023**
      **New York, New York**

                                                **VALERIE CAPRONI**
                                            **United States District Judge**