```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
B.M., as Administratrix of the Estate of Her Sister :
Z.O.,                                               :
                              Plaintiff,            :
        -against-                                   :
                                                    :       22-CV-2658 (VEC)
ELIZABETH GONZALEZ, SHIRLEY                         :
WASHINGTON, PURITY MABODOKO,                        :       ORDER
CHRISTINE BARNETT, NIESHA JOHNSON,                  :
BERNICIA SOGBESAN, CAROL CARD,                      :
ANGELINE NEELY, TORRAINE BAYNES,                    :
RAVEN ELLIS, ANGELA MARTIN,                         :
SHEMAIAH HARGROVE, NIESHA WHITE,                    :
KRISTAL DIXON, VANESSA WOODS,                       :
OLUEBERE NWOKOCHA, AVRIL BROWN,                     :
and DAVID ROTCHFORD,                                :
                              Defendants.           :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on **October 25, 2023**, at **3:00 P.M.** to discuss a dispute over document production. *See* Dkt. 114.

IT IS HEREBY ORDERED that the parties provide the Court with a status update as to that discovery dispute in their required monthly joint discovery report due on **November 1, 2023**. *See* Order, Dkt. 77.

SO ORDERED.

Date:   October 25, 2023
        New York, New York

                                                            _____
                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**