USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
B.M., as Administratrix of the Estate of Her Sister Z.O.,

                          Plaintiff,

-against-

ELIZABETH GONZALEZ, SHIRLEY WASHINGTON, PURITY MABODOKO, CHRISTINE BARNETT, NIESHA JOHNSON, BERNICIA SOGBESAN, CAROL CARD, ANGELINE NEELY, TORRAINE BAYNES, RAVEN ELLIS, ANGELA MARTIN, SHEMAIAH HARGROVE, NIESHA WHITE, KRISTAL DIXON, VANESSA WOODS, OLUEBERE NWOKOCHA, AVRIL BROWN, and DAVID ROTCHFORD,

                          Defendants.

------------------------------------------------------------X

22-CV-2658 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were originally scheduled to appear for a status conference on **Friday, December 1, 2023**, at **10:00 A.M**. *See* Dkt. 94.

IT IS HEREBY ORDERED that the status conference scheduled for **December 1, 2023** is adjourned to **Friday, March 8, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  November 27, 2023
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**