```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
B.M., as Administratrix of the Estate of Her Sister :
Z.O.,                                                :
                             Plaintiff,   :
          -against-                        :
                                                     :   22-CV-2658 (VEC)
ELIZABETH GONZALEZ, SHIRLEY                          :
WASHINGTON, PURITY MABODOKO,                         :           ORDER
CHRISTINE BARNETT, NIESHA JOHNSON,                   :
BERNICIA SOGBESAN, CAROL CARD,                       :
ANGELINE NEELY, TORRAINE BAYNES,                     :
RAVEN ELLIS, ANGELA MARTIN,                          :
SHEMAIAH HARGROVE, NIESHA WHITE,                     :
KRISTAL DIXON, VANESSA WOODS,                        :
OLUEBERE NWOKOCHA, AVRIL BROWN,                      :
and DAVID ROTCHFORD,                                 :
                             Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a status conference on March 29, 2024, at 10:00 A.M.; and

      WHEREAS the parties requested a stay of discovery and a referral to their assigned Magistrate Judge for a settlement conference.

      IT IS HEREBY ORDERED that discovery in this case is STAYED pending the parties' settlement conference.  A referral to Magistrate Judge Cott will be entered by separate order.

**SO ORDERED.**

Date:  March 29, 2024
       New York, New York

                                                          **VALERIE CAPRONI**
                                                     **United States District Judge**