```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
B.M., as Administratrix of the Estate of Her Sister Z.O.,

       Plaintiff,

-against-

ELIZABETH GONZALEZ, SHIRLEY WASHINGTON, PURITY MABODOKO, CHRISTINE BARNETT, NIESHA JOHNSON, BERNICIA SOGBESAN, CAROL CARD, ANGELINE NEELY, TORRAINE BAYNES, RAVEN ELLIS, ANGELA MARTIN, SHEMAIAH HARGROVE, NIESHA WHITE, KRISTAL DIXON, VANESSA WOODS, OLUEBERE NWOKOCHA, AVRIL BROWN, and DAVID ROTCHFORD,

       Defendants.
-----------------------------------------------------------------X

22-CV-2658 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS the Court stayed stayed discovery in this case pending the parties' settlement conference, *see* Dkt. 138; and

  WHEREAS the parties had a settlement conference before Judge Tarnofsky on June 18, 2024.

  IT IS HEREBY ORDERED that the parties must provide a joint status report by no later than September 1, 2024. If the parties fail to reach a settlement by that date, their letter must include a proposed schedule to complete discovery.

**SO ORDERED.**

Date: July 3, 2024
   New York, New York

                **VALERIE CAPRONI**
                **United States District Judge**