USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
B.M., as Administratrix of the Estate of Her Sister Z.O.,

                           Plaintiff,

        -against-

ELIZABETH GONZALEZ, SHIRLEY WASHINGTON, PURITY MABODOKO, CHRISTINE BARNETT, NIESHA JOHNSON, BERNICIA SOGBESAN, CAROL CARD, ANGELINE NEELY, TORRAINE BAYNES, RAVEN ELLIS, ANGELA MARTIN, SHEMAIAH HARGROVE, NIESHA WHITE, KRISTAL DIXON, VANESSA WOODS, OLUEBERE NWOKOCHA, AVRIL BROWN, and DAVID ROTCHFORD,

                           Defendants.
-------------------------------------------------------------- X

22-CV-2658 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 10, 2024, the Court was notified that through the magistrate judge, the parties have reached an agreement in principle resolving all issues; and

      IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

      IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

      Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date: October 11, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**