USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

B.M., as Administratrix of the Estate of Her Sister Z.O.,

               Plaintiff,

-against-

ELIZABETH GONZALEZ, SHIRLEY WASHINGTON, PURITY MABODOKO, CHRISTINE BARNETT, NIESHA JOHNSON, BERNICIA SOGBESAN, CAROL CARD, ANGELINE NEELY, TORRAINE BAYNES, RAVEN ELLIS, ANGELA MARTIN, SHEMAIAH HARGROVE, NIESHA WHITE, KRISTAL DIXON, VANESSA WOODS, OLUEBERE NWOKOCHA, AVRIL BROWN, and DAVID ROTCHFORD,

               Defendants.

------------------------------------------------------------- X

22-CV-2658 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2024, Plaintiff filed a motion to approve the settlement, *see* Dkt. 168, along with a stipulation of settlement and order of dismissal, *see* Dkt. 172–3;

WHEREAS the stipulation of settlement, general release, and order of dismissal purports to be a dismissal of the entire case, *see* Dkt. 172–3; and

WHEREAS the first paragraph of each of those documents omits three Defendants: Vanessa Woods, Oluebere Nwokocha, and Avril Brown.

IT IS HEREBY ORDERED that Plaintiff must either submit a revised signed, stipulation of settlement, general release, and order of dismissal by no later January 3, 2025 that covers all defendants, or otherwise submit a letter indicating that the stipulation does not cover the claims as to those defendants.

**SO ORDERED.**

Date: December 20, 2024
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**